

Stefano Cambareri, Esq.
Scott A. Brenneck, Esq.

CAMBARERIBRENNECK.COM

Joseph J. Centra, Esq.
Melissa K. Swartz. Esq.
Kenneth H. Tyler, Jr., Esq.

Hon. John V. Centra
App. Div., 4th Dept. (Ret.)
Special Counsel

August 9, 2024

Hon. Mitchell J. Katz
Magistrate Court Judge
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

      Re:    <u>US v Benjamin Wheeler</u>
                *3:24-mj-00356*

Dear Judge Katz:

    I have been retained to represent Benjamin Wheeler. After further discussions, I am asking to waive Mr. Wheeler's right to a prompt detention hearing, but reserving the right to revisit detention at a later date.

    Thank you for your time and assistance in this matter.

               Respectfully Submitted,
               **CAMBARERI & BRENNECK, PLLC**

               *Melissa K. Swartz*

               By: Melissa K. Swartz, Esq.